IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

DAVID M. HERMAN and JAMIE TALAN, )
)
Plaintiffs, ) TC-MD 140275C
)
v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
)
Defendant. ) **FINAL DECISION**

This Final Decision incorporates without change the court's Decision entered September 15, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Defendant's status report filed September 11, 2014. Plaintiffs filed their Complaint on May 19, 2014, requesting "recognition by [Defendant] that the proper amount of capital gains tax was timely paid by Plaintiffs." In its status report, Defendant recommended "accepting [P]laintiff[s'] 2012 Oregon tax return as filed and canceling the Notice of Deficiency Assessment dated 4/1/2014 along with all related penalties and interest." Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Defendant shall cancel its Notice of Deficiency Assessment for tax year 2012, dated April 1, 2014.

Dated this ____ day of October 2014.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Final Decision or this Final Decision cannot be changed*

*This document was signed by Magistrate Dan Robinson on October 2, 2014. The court filed and entered this document on October 2, 2014.*